

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SCOTTIE RAY VAN NORT,

    Plaintiff,

vs.

RICK ASHER, *et al.*,

    Defendants.

3: 09-cv-0109-RCJ-RAM

**ORDER**

On June 17, 2010, the court entered an order in this case ruling that it will proceed on only a limited number of claims in the original complaint. (Docket #26.) Defendants filed an answer on July 12, 2010. (Docket #28.) On July 14, 2010, plaintiff filed a notice of appeal from the court's order of June 17, 2010. (Docket # 30.) Also on July 14, 2010, petitioner filed a motion for reconsideration by this court of the court's order of June 17, 2010. (Docket #34.) By filing a notice of appeal from the court's order of June 17, 2010, plaintiff has deprived this court of jurisdiction over the matter. Accordingly, plaintiff's motion for reconsideration is **DENIED** for lack of jurisdiction. (Docket #34.)

DATED: July 26, 2010.

_____
UNITED STATES MAGISTRATE JUDGE