# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTIE RAY VAN NORT, | 3:09-cv-109-RCJ (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 9, 2010 |
| JOHN DOE #1, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Request for Clarification Regarding Docket No. 27 - Scheduling Order for Civil Rights Actions Filed by Incarcerated *Pro Se* Plaintiffs (Doc. #38). Good cause appearing,

Defendants' Request for Clarification Regarding Docket No. 27 - Scheduling Order for Civil Rights Actions Filed by Incarcerated *Pro Se* Plaintiffs (Doc. #38) is **GRANTED**. The Scheduling Order issued on July 27, 2010 (Doc. #37) is hereby **WITHDRAWN**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
        Deputy Clerk