# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTIE RAY VAN NORT, ) | 3:09-cv-109-RCJ (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | August 30, 2010 |
| JOHN DOE #1, et al., ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed an Objection to Minute Order and Motion to Reinstate Scheduling Order (Doc. #40). Defendants have responded to the Motion (Doc. #41) and Plaintiff has replied (Doc. #44).

Plaintiff's Objection to Minute Order and Motion to Reinstate Scheduling Order (Doc. #40) is **DENIED** as moot.  The court issued its Scheduling Order on August 27, 2010 (Doc. #45).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
  Deputy Clerk