FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

DEC 28 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTIE RAY VAN NORT, | 3:09-cv-109-RCJ (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | December 28, 2010 |
| JOHN DOE #1, et al., | |
| Defendants. | |

PRESENT: THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK: JENNIFER COTTER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Issue Summons and Complaint to be Served Upon Defendant David Ramsey (Doc. #62).

Plaintiff's Motion to Issue Summons and Complaint to be Served Upon Defendant David Ramsey (Doc. #62) is **DENIED**. Defendant David Ramsey was dismissed in the court's order of June 17, 2010 (Doc. #26).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: ___/s/___
Deputy Clerk