UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| SCOTTIE RAY VAN NORT, | CASE NO. 3:09-CV-0109-RCJ-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: MARCH 24, 2011 |
| RICK ASHER, et al., | |
| Defendant(s). | |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>JENNIFER COTTER</u>     Reporter: <u>FTR: 11:00:40 a.m. - 11:38:40 a.m.</u>

Counsel for Plaintiff(s): <u>SCOTTIE RAY VAN NORT, In Pro Per (telephonically)</u>

Counsel for Defendant(s): <u>KEVIN PICK and BRIAN BROWN</u>

PROCEEDINGS: **MOTION HEARING**

11:00 a.m. Court convenes.

The Court addresses the subject motions and the parties present argument as to their respective positions as to each motion.

**Plaintiff's Request for Clarification Regarding Scheduling Order (Docket #60)**

Upon questioning by the Court, Plaintiff represents that the Order Amending Deadlines (Docket #84) addresses his concerns presented in this motion. He inquires as to what effect the Motion to Consolidate (Docket #90) will have on the proceedings in this case. The Court invites Plaintiff to respond to the Motion to Consolidate and outline his concerns in said response. In light of these occurrences, IT IS ORDERED that Plaintiff's Request for Clarification is DENIED AS MOOT.

**Motion to Compel (Docket #67)**

After hearing from the parties, IT IS ORDERED that the Motion to Compel is DENIED. However, if - after reviewing the documents received - Plaintiff feels there are some missing, he shall bring the identity of the specific documents to the attention of Mr. Pick. Mr. Pick shall then see if any of the asserted missing documents can be located and produce those to Plaintiff, or advise him that they cannot be found. Any documents that could possibly compromise safety shall not be produced. Mr. Pick and Mr. Van Nort shall arrange a specific date and time to confer regarding these matters. Any request for costs contained in the subject motion is DENIED.

Page Two
Minutes
3:09-CV-0109-RCJ-RAM (Van Nort v. Asher, et al.)
March 24, 2011

**Motion for Order to Provide Copy of Docket Entries (Docket #76)**

IT IS ORDERED that the Motion to Provide Copy of Docket is GRANTED.  The Clerk shall provide a copy of the most recent docket report to Plaintiff.

**Motion to Accept Admissions (Docket #77)**

The Court accepts Defendants' responses to the Requests for Admissions as timely.  Therefore, IT IS ORDERED that the Motion to Accept Admissions is DENIED.

**Motion for Declaration of Vexatious Litigant and Request for Injunctive Relief (Docket #73)**

The Court advises Plaintiff that certain filings in this case are unnecessary, and that any continued misconduct in this regard will not be tolerated.  IT IS ORDERED THAT the subject motion is DENIED without prejudice to renewing at a later date if these types of filings continue.

**Motion to Strike (Docket #88)**

IT IS ORDERED that the Motion to Strike is DENIED AS MOOT.

**Letter from Plaintiff (Docket #89)**

Some discussion takes place regarding the service of the defendant, David Ramsey.  After hearing from the parties, the Court WITHDRAWS its Order Denying Plaintiff's Motion to Issue Summons and Complaint to be Served Upon Defendant David Ramsey (Docket #66).  Mr. Pick advises the Court he will accept service on Mr. Ramsey's behalf.  IT IS ORDERED that a response shall be filed by Defendant Ramsey within **ten (10) days**.

11:38 a.m.  Court adjourns.

                                        LANCE S. WILSON, CLERK

                                        By: /s/

                                        Deputy Clerk