UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| SCOTTIE RAY VAN NORT,<br>　　　Plaintiff,<br>vs.<br>GLEN FAIR, et al.,<br>　　　Defendants; | CASE NO. 3:09-CV-0042-LRH-RAM |
| SCOTTIE RAY VAN NORT,<br>　　　Plaintiff,<br>vs.<br>RICK ASHER, et al.,<br>　　　Defendants;<br>and | CASE NO. 3:09-CV-0109-RCJ-RAM |
| SCOTTIE RAY VAN NORT,<br>　　　Plaintiff,<br>vs.<br>GLEN FAIR, et al.,<br>　　　Defendants. | CASE NO. 3:09-CV-0110-RCJ-RAM |
| | MINUTES OF THE COURT |
| | DATED: APRIL 22, 2011 |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>JENNIFER COTTER</u>     Reporter: <u>FTR: 9:01:21 a.m. - 9:21:48 a.m.</u>

Counsel for Plaintiff(s): <u>SCOTTIE RAY VAN NORT, In Pro Per (telephonically)</u>

Counsel for Defendant(s): <u>BRENT KOLVET and KEVIN PICK</u>

PROCEEDINGS: **MOTION HEARING**

9:01 a.m. Court convenes.

The Court addresses the subject motions.

**Motion to Consolidate (Docket #90 in Case 3:09-cv-0109-RCJ-RAM)**

IT IS ORDERED that the Motion to Consolidate is GRANTED. Case Nos. 3:09-cv-0109-RCJ-RAM (Van Nort v. Asher, et al.) and 3:09-cv-0110-RCJ-RAM (Van Nort v. Fair,

Page Two
Minutes
3:09-CV-0042-LRH-RAM (Van Nort v. Fair, et al.)
3:09-CV-0109-RCJ-RAM (Van Nort v. Asher, et al.)
3:09-CV-0110-RCJ-RAM (Van Nort v. Fair, et al.)
April 22, 2011

et al.) shall be consolidated with Case No. 3:09-cv-0042-LRH-RAM (Van Nort v. Fair, et al.). The base number shall be **3:09-cv-0042-LRH-RAM** and all further docketing shall be filed in the designated base case.

**Application for Entry of Default (Docket #28 in Case 3:09-cv-0110-RCJ-RAM)**

IT IS ORDERED that the Application for Entry of Default is DENIED.

**Motion to Strike Answer (Docket #32 in Case 3:09-cv-0110-RCJ-RAM)**

IT IS ORDERED that the Motion to Strike is DENIED.

**Motion to Stay or Extend Time to Complete Discovery (Docket #34 in Case 3:09-cv-0110-RCJ-RAM and #28 in Case 3:09-cv-0042-LRH-RAM)**

IT IS ORDERED THAT the subject motion is GRANTED to the extent that the last day to complete discovery is extended to **July 22, 2011**. The last day to file dispositive motions shall be **August 22, 2011.** A stipulated joint pretrial order shall be filed no later than **September 22, 2011**, or thirty (30) days after the decision on any dispositive motions. **There shall be no further extensions of these deadlines absent extraordinary circumstances.**

Some discussion takes place regarding Plaintiff's ability to view certain disks in his file. Mr. Kolvet agrees to check with the adult high school program at the prison to see if they have appropriate equipment available, and if it would be acceptable for Plaintiff to view said disks. He further represents that he will advise the Court, within ten (10) days, of his findings.

**Motion for Order to Expand Copy Limit (Docket #98 in Case 3:09-cv-0109-RCJ-RAM)**

IT IS ORDERED that the Motion to Expand Copy Limit is GRANTED. Plaintiff shall be allowed an additional **$125.00** over and above his copy allowance for the purpose of litigating these cases only.

9:21 a.m. Court adjourns.

                                                    LANCE S. WILSON, CLERK

                                                    By: /s/_____

                                                    Deputy Clerk